UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:14-CR-00414-1 |
| | § | |
| JOHN KARL HILDINGER | § | |

**ORDER DENYING DEFENDANT'S MOTION FOR RELEASE**

On June 10, 2014, the defendant waived the detention hearing without prejudice. On July 9, 2014, Counsel for defendant filed Defendant's Motion for Release (D.E. 13). On July 14, 2014, A detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).  Having considered the motion, testimony, arguments of counsel and applicable law, the motion is **DENIED**.

The following requires detention of the defendant pending trial in this case:

(1)     There is a serious risk that the defendant will not appear; and

(2)     There is a serious risk that the defendant will endanger the safety of another person or the community.

The defendant has been indicted and the evidence, therefore, meets the probable cause standard.  The testimony presented at the detention hearing indicates that the defendant did not surrender to authorities after having been notified by federal law enforcement officers of his having been charged with a federal felony offense and also having a related outstanding warrant for his arrest.  Instead of turning himself in to the authorities, the defendant led federal agents on a multi-state manhunt.  The defendant was

ultimately arrested in Arizona where he was initially noncompliant with the United States Marshals. The defendant was also found to be in possession of two firearms at the time of his arrest. Further, the defendant was on felony probation at the time of the commission of the instant offense. The findings and conclusions contained in the Pretrial Services Report are adopted.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 14th day of July, 2014.

_____
Jason B. Libby
United States Magistrate Judge