| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|
| United States of America<br>v.<br>JOHN KARL HILDINGER | Corpus Christi Division |
| | Criminal No. C-14-414 |
| | **EXHIBIT LIST** |
| List of United States of America | AUSA: LANCE WATT |
| Senior Judge: JOHN D. RAINEY    Clerk: STACIE MARTHILJOHNI | Reporter: |

| No. | Description | Ofr | Obj | Adm | Date |
|---|---|---|---|---|---|
| 1 | Remington 870 Shotgun, Serial# RS58203R | | | | |
| 2 | ATF Form 4473 | | | | |
| 3 | Academy Register Receipt (Dated 4/19/14) | | | | |
| 4 | Academy Store Video (Dated 4/19/14) | | | | |
| 5 | Prince George's County / Court Documents Case# CT131559A | | | | |
| 6 | Letter from Prince George's County (2/5/14) | | | | |
| 7 | Facebook Business Records Account - john.hildinger.7 | | | | |
| 8 | Facebook Screenshot | | | | |
| 9 | Facebook Screenshot | | | | |
| 10 | Facebook Screenshot | | | | |
| 11 | Facebook Screenshot | | | | |
| 12 | Facebook Screenshot | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | | | | |
| 16 | | | | | |

| No. | Description | Ofr | Obj | Adm | Date |
|-----|-------------|-----|-----|-----|------|
| 17  |             |     |     |     |      |
| 18  |             |     |     |     |      |
| 19  |             |     |     |     |      |
| 20  |             |     |     |     |      |
| 21  |             |     |     |     |      |
| 22  |             |     |     |     |      |
| 23  |             |     |     |     |      |
| 24  |             |     |     |     |      |
| 25  |             |     |     |     |      |
| 26  |             |     |     |     |      |
| 27  |             |     |     |     |      |
| 28  |             |     |     |     |      |
| 29  |             |     |     |     |      |
| 30  |             |     |     |     |      |
| 31  |             |     |     |     |      |
| 32  |             |     |     |     |      |
| 33  |             |     |     |     |      |
| 34  |             |     |     |     |      |
| 35  |             |     |     |     |      |
| 36  |             |     |     |     |      |
| 37  |             |     |     |     |      |
| 38  |             |     |     |     |      |
| 39  |             |     |     |     |      |
| 40  |             |     |     |     |      |
| 41  |             |     |     |     |      |