UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
AUG 14 2014
David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

VS

CRIMINAL ACTION NO. C-14-414

JOHN KARL HILDINGER

JURY NOTE NO. 1

Calendar for 2014 with time/dates March to May 2014. Please.

8/14/14 10:21 am
**Date and Time**

**Presiding Juror**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



UNITED STATES OF AMERICA

VS

CRIMINAL ACTION NO. C-14-414

JOHN KARL HILDINGER

JURY NOTE NO. 2

Can we get transcript of Special Agent Dan Morales testimony?

8/14/14  11:55 am

Date and Time

Presiding Juror

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
AUG 14 2014
David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

VS

CRIMINAL ACTION NO. C-14-414

JOHN KARL HILDINGER

JURY NOTE NO. 3

We have a juror who has become disrespectful and inappropriate, cursing at other jurors. I will not allow/work in/with such environment.

8/14/14   12:24 P
**Date and Time**

**Presiding Juror**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
AUG 14 2014
David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

VS

CRIMINAL ACTION NO. C-14-414

JOHN KARL HILDINGER

JURY NOTE NO. __4__

We reached a verdict.

__8/14/14  2:54 PM__
**Date and Time**

**Presiding Juror**