UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

VS    CRIMINAL ACTION NO. C-14-414

JOHN KARL HILDINGER

COURT'S RESPONSE TO JURY NOTE NO. __1__:

Per your request attached are the months of March to May of the 2014 calendar.

_8/14/14_
Date

John D. Rainey
Senior United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

UNITED STATES OF AMERICA

VS                                              CRIMINAL ACTION NO. C-14-414

JOHN KARL HILDINGER

COURT'S RESPONSE TO JURY NOTE NO. __2__:

I can not provide you a transcript.

8/14/14
Date

John D. Rainey
Senior United States District Judge